IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-4463 |
| | § | |
| ADAN CABALLERO, *Individually and also known as Adam Caballero, doing business as Horseman's Grill and Saloon*, | § § § | |
| | § | |
| Defendants. | § | |

## ENTRY OF DEFAULT

The plaintiff, J&J Sports Productions, Inc., requested that default be entered against the defendant, Adan Caballero a/k/a Adam Caballero, individually and d/b/a Horseman's Grill and Saloon. From the record and the court's file in this action, the defendant has failed to appear, plead, or otherwise defend this action.

Therefore, pursuant to FED. R. CIV. P. 55(a)(1), default is entered against defendant.

SIGNED on June 24, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge