**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-4463 |
| | § | |
| ADAN CABALLERO, *Individually and also known as Adam Caballero, doing business as Horseman's Grill and Saloon*, | § § § § | |
| | § | |
| Defendants. | § | |

**FINAL DEFAULT JUDGMENT**

Before the court is plaintiff's Motion for Final Default Judgment and Brief in Support ("Motion") filed by the plaintiff, J&J Sports Productions, Inc. On consideration of the motion, the accompanying brief and evidence, the pleadings on file and the relevant authorities, the court concludes that the plaintiff has established that it is an aggrieved party under the Federal Communications Act, 47 U.S.C. §§ 553 and 605 and recognizes the plaintiff's election to seek statutory damages. The court also concludes that it has jurisdiction over the subject matter and parties to this action; that the defendant Adan Caballero a/k/a/ Adam Caballero, individually and d/b/a Horseman's Grill and Saloon failed to answer or otherwise defend as provided by the Federal Rules of Civil Procedure following proper service; that the allegations in the plaintiff's Original Complaint are deemed admitted against the defendant; that defendant exhibited the closed circuit, November 10, 2007 "Fast and Furious:" Shane Mosley v. Miguel Cotto, WBA Welterweight Championship Fight Program, including undercard or preliminary bouts, without authorization from the plaintiff; and that the defendant's actions were willful and for purposes of direct or indirect

commercial advantage or private financial gain. Therefore, additional damages are warranted in this action.

The following order is entered:

1. That judgment by default be entered in favor of the plaintiff and against the defendant.

2. That the plaintiff recover statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) from the defendant in the amount of $10,000.00.

3. That the plaintiff recover additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) from the defendant in the amount of $10,000.00.

4. That the plaintiff recover reasonable attorney's fees from the defendant in the amount of $1,000.

5. The court also awards the plaintiff court costs and postjudgment interest on the amount awarded herein at an annual rate of .18% from the date of this judgment until paid.

This is a final judgment.

SIGNED on June 24, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge